JACOB J. SHUBERT, as an Officer and Director of DOUCO CORPORATION, Suing on Its Behalf, Respondent, v. CHARLES D. COBURN, Appellant, LEE SHUBERT, Defendant Impleaded, Respondent (Brought in as a Party to Answer the Counterclaim Herein).— Order, so far as appealed from, unanimously modified to the

extent of denying the motion to strike out the second defense, and as so modified affirmed, with twenty dollars costs and disbursements to the defendant-respondent against the appellant. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.